UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 2-18-2020

KAREEM ROWE,

Plaintiff,

-against-

19-cv-3764 (LAK)

CITY OF NEW YORK, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The motion of the City of New York to dismiss the complaint against it (Dkt 22) is granted substantially for the reasons stated in the Report and Recommendation of Magistrate Judge Barbara C. Moses to which no objections have been filed.

This order resolves all claims against the City of New York. There is no just reason for delay. The Clerk therefore is directed, pursuant to Fed. R. Civ. P. 54(b) to enter final judgment against plaintiff and in favor of the City of New York.

SO ORDERED.

Dated:        February 18, 2020

Lewis A. Kaplan
United States District Judge