UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
KAREEM ROWE,

                Plaintiff,

        -against-                            19-cv-3764 (LAK)

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On January 31, 2020, Magistrate Judge Barbara C. Moses ordered plaintiff to show cause, on or before February 14, 2020, why this action should not be dismissed as against police officer Sean Thornton for failure to prosecute, in this instance to serve process on this defendant. Dkt. 37. Plaintiff has not responded to the order. Accordingly, this action is dismissed as to defendant Sean Thornton.

        SO ORDERED.

Dated:       February 19, 2020

                                              Lewis A. Kaplan
                                              United States District Judge