UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREEM ROWE,
                Plaintiff,

-against-                                19 **CIVIL** 3764 (LAK)

**RULE 54(b) JUDGMENT**

CITY OF NEW YORK, et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 19, 2020, and for the reasons stated in the Report and Recommendation of Magistrate Judge Barbara C. Moses, there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), that judgment is entered and the motion of the City of New York to dismiss the complaint is GRANTED; Plaintiff's claims against the City are DISMISSED WITH PREJUDICE; Amtrak's cross-claim against the City is DISMISSED without leave to amend but without prejudice to its right to assert a claim for contribution under New York law in the event it is found liable to plaintiff; and that the City is TERMINATED from this action.

**Dated:** New York, New York
           February 19, 2020

                                              **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                        **BY:**
                                                    **Deputy Clerk**