UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/20

KAREEM ROWE,

        Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORPORATION,

        Defendant.

19-CV-3764 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The initial conference scheduled for **March 24, 2020, at 10:30 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:     7746387

Dated: New York, New York
        March 16, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**