USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/20

ANGELICA CANCEL
ASSOCIATE
TEL: (212) 238-4800
EMAIL: acancel@lcbf.com

ATTORNEYS AT LAW
120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

**MEMO ENDORSED**

March 17, 2020

*Via ECF*
Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
March 18, 2020

      Re:    ***Kareem Rowe v. The City of New York, et al.***
               Index No.: 19-cv-03764 (LAK)

Dear Magistrate Judge Moses:

    We represent defendant National Railroad Passenger Corporation ("Amtrak") in this matter. I write to respectfully inform the Court that this matter settled on March 16, 2020. A stipulation of discontinuance will be promptly filed with the Court upon execution of the settlement documents.

    Accordingly, both parties join to respectfully request that the conference scheduled for March 24, 2020, be canceled or adjourned until such time to allow for a stipulation of discontinuance to be filed with the Court.

                                      Respectfully submitted,

                                      /s/

                                      Angelica A. Cancel

cc:    Nicholas Bagley, Esq.
        Ronald E. Joseph, Esq.

4851-0733-6119v.1