UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KAREEM ROWE,

        Plaintiff,

-against-

        19-cv-3764 (LAK)

THE CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This action, to the extent not previously resolved, is dismissed for lack of prosecution. See Dkts 45-47. The Clerk shall close the case.

        SO ORDERED.

Dated:    May 19, 2022

                                                                 Lewis A. Kaplan
                                                             United States District Judge